Robert E. Franz, Jr.    OSB #730915
E-Mail: rfranz@franzlaw.comcastbiz.net
LAW OFFICE OF ROBERT E. FRANZ, JR.
P.O. Box 62
Springfield, OR 97477
Telephone:  (541) 741-8220
Facsimile:   (541) 741-8234
  Attorney for Defendant John Mikkola

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| Peter Lichte, Jarrod Bowers, and Daniel Kelly,<br><br>           Plaintiffs,<br><br>vs.<br><br>City of Woodburn, Woodburn Police Chief Scott Russell; Woodburn Police Captain Jason Alexander; Woodburn Police Sgt. John Mikkola; and Michael Hereford, Human Resources Director; all by and through the Woodburn Police Department and Human Resources Department, City of Woodburn, a political subdivision of the State of Oregon; and John Does 1-10, unknown-named individuals,<br><br>           Defendants. | Case No. 6:14-cv-01521-AA<br><br>**Stipulated Judgment of Dismissal**<br>Between Plaintiffs Peter Lichte, Jarrod Bowers, Daniel Kelly, and Defendant John Mikkola |

Page 1  - Stipulated Judgment of Dismissal

BASED UPON THE STIPULATION OF THE PARTIES HERETO, as indicated below, by and through their attorneys of record, that the Plaintiffs' Complaint against Defendant John Mikkola be dismissed with prejudice and without costs, disbursements or attorney fees to any of the parties;

IT IS NOW THEREFORE ADJUDGED that judgment be rendered, and judgment is hereby rendered dismissing Plaintiffs' Complaint against Defendant John Mikkola with prejudice, and without costs, disbursements or attorney fees to any of the parties.

DATED this 21st day of September 2017.

_____
The Honorable Ann L. Aiken
United States District Court Judge

IT IS SO STIPULATED:

s/ Christopher Lundberg
Haglund Kelley LLP
Christopher Lundberg    OSB #981084
(503) 225-0777
200 SW Market Street, Ste. 1777
Portland, OR 97201
clundberg@hk-law.com

Jeffrey H. Boiler    OSB #830219
(541) 683-1901
P.O. Box 101
Vida, OR 97488
jboiler@boilerlawfirm.com

Of Attorneys for Plaintiffs

s/ Robert E. Franz, Jr.
LAW OFFICE OF ROBERT E. FRANZ, JR.
Robert E. Franz, Jr.        OSB #730915
(541) 741-8220
P.O. Box 62
Springfield, OR 97477
rfranz@franzlaw.comcastbiz.net
Attorney for Defendant John Mikkola


MERSEREAU SHANNON LLP


s/ Karen M. Vickers
Karen M. Vickers        OSB #913810
(503) 226-6400 x-206
111 SW Columbia, Ste. 1100
Portland, OR 97201
kvickers@mershanlaw.com
Of Attorneys for Defendants
City of Woodburn, Scott Russell,
Jason Alexander, and Michael Hereford