Christopher Lundberg, OSB No. 941084
Email: clundberg@hk-law.com
**HAGLUND KELLEY LLP**
200 SW Market Street, Suite 1777
Portland, Oregon 97201
Phone: (503) 225-0777
Facsimile: (503) 225-1257

Jeffrey H. Boiler OSB No. 830219
Email:  **jboiler@boilerlawfirm.com**
P.O.  Box 101
P.P.  Vida, OR 97488
Telephone: (541) 683-1901

Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(Eugene Division)

| | |
|---|---|
| PETER LICHTE, JARROD BOWERS, and DANIEL KELLY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WOODBURN, SCOTT RUSSELL; JASON ALEXANDER and MICHAEL HEREFORD, <br><br> Defendants. | Case No. 6:14-cv-1521-AA <br><br> **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

Pursuant to FRCP 41(a)(1)(ii), plaintiffs hereby stipulate to a dismissal of the Complaint against Defendants with prejudice and without costs, disbursements, or attorney fees to any of the parties.

/ / /

/ / /

Page 1 –  **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

IT IS HEREBY ORDERED that this action be dismissed with prejudice and without costs or fees to any party.

DATED: _____    _____
The Honorable Ann Aiken
UNITED STATES DISTRICT COURT JUDGE

IT IS STIPULATED:

| HAGLUND KELLEY LLP | LAW OFFICE OF ROBERT E. FRANZ, JR. |
|---|---|
| By: s/Christopher Lundberg<br>Christopher Lundberg, OSB No. 981084<br>Email: clundberg@hk-law.com<br>200 SW Market Street, Ste. 1777<br>Portland, OR 97201 | By: s/Robert E. Franz, Jr.<br>Robert E. Franz, Jr., OSB No. 730915<br>P.O. Box 62<br>Springfield, OR 97477<br><br>Attorney for Defendants |

Jeffrey H. Boiler OSB #830219
Email: jboiler@boilerlawfirm.com
P.O. Box 101
Vida, OR 97488

Of Attorneys for Plaintiff

Page 2 – **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
200 SW MARKET STREET, SUITE 1777
PORTLAND, OR 97201
PL10 -- 52376

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2017, I served the foregoing **STIPULATED DISMISSAL WITH PREJUDICE AND WITHOUT COSTS,** on the following:

> Robert E. Franz, Jr.
> Law Office of Robert E. Franz, Jr.
> P.O. Box 62
> Springfield, Or 97477
> <u>rfranz@franzlaw.comcastbiz.net</u>
>
> Attorney for Defendants

by the following indicated method(s):

☐ by **mailing** and **emailing** a full, true and correct copy thereof in a sealed first-class postage prepaid envelope, addressed to the foregoing attorney at the last known office address of the attorney, and deposited with the United States Post Office at Portland, Oregon on the date set forth above.

☐ by causing a full, true and correct copy thereof to be **hand delivered** to the attorney at the last known address listed above on the date set forth above.

☐ by sending a full, true and correct copy thereof via **overnight mail** in a sealed, prepaid envelope, addressed to the attorney as shown above on the date set forth above.

☐ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office on the date set forth above.

☒ by transmitting full, true and correct copies thereof to the attorneys through the court's Cm/ECF system on the date set forth above.

s/Christopher Lundberg
Christopher Lundberg, OSB No. 941084
Jeffrey H. Boiler OSB #830219
Attorneys for Plaintiffs

PAGE 1 – CERTIFICATE OF SERVICE