IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PETER LICHTE, JARROD BOWERS, and
DANIEL KELLY,

        Plaintiffs,

        v.

CITY OF WOODBURN, SCOTT
RUSSELL, JASON ALEXANDER and
MICHAEL HEREFORD,

        Defendants.
_____

Civ. No. 6:14-cv-01521-AA

JUDGMENT

Pursuant to the Stipulated Notice of Voluntary Dismissal, it is ordered that this action is hereby dismissed with prejudice and without costs, disbursements, or attorney fees to any of the parties.

    DATED: 12/15/2017

                      Mary L. Moran, Clerk

                      By    /s/ Cathy Kramer
                            Deputy Clerk

1 –JUDGMENT